UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

    Plaintiff,

vs.                                                Case No. 6:24-cv-579-PGB-RMN

**GODWIN'S GATORLAND, INC.,**
**d/b/a GATORLAND, a Florida**
**for-profit corporation,**

    Defendant.
_____/

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated: May 14, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Lead Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email duranandassociates@gmail.com |
| By____s/ Roderick V. Hannah_____ | By ___s/ Pelayo M. Duran_____ |
| _     RODERICK V. HANNAH | PELAYO M. DURAN |
|        Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.**
Counsel for Defendant
215 North Eola Drive
P.O. Box 2809
Orlando, Florida 32802-2809
Email:  rebecca.rhoden@lowndes-law.com
T. 407/843-4600
407/843-4444 (Facsimile)


By _____/s/ Rebecca E. Rhoden___
         REBECCA E. RHODEN
         Fla. Bar No.: 0019148

2